UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| OLUSEUN MARTINS OMOLE, | 23-CR-367 (JMF) |
| Defendant. | |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Katharine H. Parker on April 16, 2024;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered a guilty plea to Count One of Indictment 23 Cr. 367 (JMF) knowingly and voluntarily and that there was a factual basis for the defendant's guilty plea to Count One of the Indictment;

IT IS HEREBY ORDERED that the defendant's guilty plea to Count One of the Indictment is accepted.  The previously scheduled pre-trial deadlines and trial date (*see* Dkts. 23, 25, 27) are adjourned *sine die*.  Sentencing is scheduled for July 30, 2024 at 10:30 a.m.  The defendant's sentencing submission shall be filed no later than two weeks before sentencing, and the Government's sentencing submission shall be filed no later than one week before sentencing. Sentencing adjournments are unlikely to be granted.  Counsel should confer in advance of sentencing in an effort to agree upon any forfeiture or restitution orders.

**SO ORDERED:**

Dated: New York, New York
April 17, 2024

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK