

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

August 6, 2024

**BY ECF**:

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Sentencing is hereby RESCHEDULED to **August 28, 2024, at 2:30 pm.** The Clerk of Court is directed to terminate Doc. #35.
>
> SO ORDERED.
>
> August 6, 2024

    RE:    United States of America v. Oluseun Martins Omole
             Case No.: 23-cr-00367-JMF-1
             Southern District of New York
             <u>Letter Motion Seeking A Continuance of the Sentencing Hearing</u>

Dear Judge Furman:

Please be advised that I represent **Oluseun Martins Omole** in the above captioned action.

I am writing to request a continuance of the sentencing hearing, which is set for August 29, 2024, at 11:30 a.m. In support therefor, counsel states as follows:

1. On April 18, 2024, the Court set the Defendant's sentencing hearing for July 30, 2024. *See* ECF No. 29.

2. On June 21, 2024, the Court adjourned the Defendant's sentencing hearing to August 29, 2024. *See* ECF No. 31.

3. Counsel has a personal scheduling conflict for August 29, 2024.

4. Counsel has finished drafting the Defendant's sentencing memorandum and collected all of the Defendant's sentencing letters. The purpose of the requested continuance is not to give Counsel additional time to work on the Defendant's

sentencing submission. If it were not for this personal conflict, Counsel would be ready to proceed with the sentencing hearing on August 29, 2024.

5. AUSA Jerry J. Fang's consent was requested prior to filing this Letter Motion, and he has no objection to the requested continuance.

Sincerely

**Spodek Law Group P.C.**
/s/ Todd A.Spodek
Todd A. Spodek

cc:   All Counsel of Record (By ECF).