

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

August 6, 2024

**BY ECF**:

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to **September 11, 2024, at 3:00 p.m.** No further adjournments are likely to be granted. The Clerk of Court is directed to terminate Doc. #37.
>
> SO ORDERED.
>
> *[signature]*
> August 7, 2024

RE:  United States of America v. Oluseun Martins Omole
Case No.: 23-cr-00367-JMF-1
Southern District of New York
Letter Motion Seeking A Continuance of the Sentencing Hearing

Dear Judge Furman:

Please be advised that I represent **Oluseun Martins Omole** in the above captioned action.

I am writing to request a continuance of the sentencing hearing, which is set for August 28, 2024, at 2:30 p.m., to a date that is after September 1, 2024. In support therefor, counsel states as follows:

1. On April 18, 2024, the Court set the Defendant's sentencing hearing for July 30, 2024. *See* ECF No. 29.

2. On June 21, 2024, the Court adjourned the Defendant's sentencing hearing to August 29, 2024. *See* ECF No. 31.

3. Counsel had a personal scheduling conflict for August 29, 2024 and filed a letter motion requesting a continuance of the sentencing hearing.

4. On August 6, 2024, the Court endorsed Counsel's letter motion, and the sentencing hearing was moved to August 28, 2024 at 2:30 p.m. *See* ECF No. 36.

The Honorable Jesse M. Furman
Page **2** of **2**

5. Counsel apologizes for not specifying the length of the requested continuance in his prior letter motion. He meant to ask for a later date and not an earlier date. Counsel is requesting that the sentencing hearing be continued to a date that is after September 1, 2024, as he has child care responsibilities during the last two weeks of August and is responsible for watching his minor children at this time.

6. Counsel has finished drafting the Defendant's sentencing memorandum and collected all of the Defendant's sentencing letters. The purpose of the requested continuance is not to give Counsel additional time to work on the Defendant's sentencing submission. Counsel can file the Defendant's sentencing memorandum and sentencing letters by August 15, 2024.

7. AUSA Jerry J. Fang's consent was requested prior to filing this Letter Motion, and he has no objection to the requested continuance. Counsel asked AUSA Fang if the Government had any conflicts for the week of September 1, 2024, and he confirmed that there were no conflicts on their end.

Sincerely

**Spodek Law Group P.C.**
/s/ Todd A.Spodek
Todd A. Spodek

cc:   All Counsel of Record (By ECF).