UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,          :
                                  :

          -v-                  :          23-CR-367 (JMF)
                                  :

OLUSEUN MARTINS OMOLE,        :          <u>ORDER</u>
                                  :

                Defendant.     :
                                  :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 27, 2024, the Court received the attached "THIRD PARTY PETITION

FOR A HEARING TO ADJUDICATE THE INTEREST IN FBI ITEMS 1B77 TO 1B93" via

email.  The Government shall file a response to the Petition **within two weeks**.

      SO ORDERED.

Dated: January 7, 2025
      New York, New York                        JESSE M. FURMAN
                                          United States District Judge

Ronald Olajide
4200 Park Blvd Apt. 137
Oakland, CA 94602
510-629-0238
Attorney for Plaintiff: Self-Represented

RE: Case # 23-CR-367 (JMF), Document 43 p.7 paragraph 7
Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

To the Honorable Judge of the
District Court of the United States of America
for the Southern District of New York

| | |
|---|---|
| RONALD OLAJIDE<br>            PETITIONER<br>UNITED STATES OF AMERICA<br>            THIRD PARTY RESPONDENT<br>V.<br>OLUSEUN MARTINS OMOLE,<br>            THIRD PARTY RESPONDENT | THIRD PARTY PETITION FOR A HEARING TO ADJUDICATE THE INTEREST IN FBI ITEMS 1B77 TO 1B93<br><br>23 CR. 367 (JMF) |

WHEREAS, pursuant to this court's "CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY/ MONEY JUDGMENT", Ronald Olajide, by his own right pleas to the court pursuant to 21 U.S. Code § 853n for a hearing to adjudicate the validity of his interest in the FBI items 1B77 to 1B93 as a Bona fide purchaser for value with a vested ownership interest therein.

1.  Petitioner used his Bank of America Business credit card, issued in his business name SUNSHINE INVESTMENT COMPANY, ending in 9722 to Purchase items from ECOFLOW and AMAZON.COM that include those mentioned as FBI items 1B77 to 1B93. Proof of his purchases are attached to this Petition via receipts and corresponding Bank statements evidencing transactions of his purchases dated November 30, 2022 for $7,079.80, December 7, 2022 for $3,205.72, December 09, 2022 for $8,941.13 and December 15, 2022 for $4,705.86.

2.  Petitioner used his Bank of America Business debit card issued in his business name SUNSHINE INVESTMENT COMPANY ending in 0845 to Purchase items from AMAZON.COM that include those mentioned as FBI items 1B77 to 1B93. Proof of his purchases are attached to this Petition via receipts and corresponding Bank statements evidencing transactions of his purchases dated December 1, 2022 for $6,095.26.

3.  It was my intent to use the solar equipment in Nigeria to provide electric power to a rural site that I wanted to do non-profit work at to fight poverty.

4.  I failed several times to procure a freight carrier that was willing to transport my solar equipment to Nigeria, most said that federal regulations prohibited such transport via airplane, so the only other option I had was to ship the equipment.

5. An interior designer that I contracted to do work for me in Nigeria referred me to OLUSEUN MARTINS OMOLE in December 2022, he claimed that OMOLE was a reputable freight shipper that could transport my purchased property. Prior to this time Petitioner never knew, OMOLE in any form, Petitioner wasn't involved in any criminal activity nor was he aware of any criminal activity that OMOLE has been accused of.

6. On January 27, 2023, Petitioner used his Bank of America Business credit card, issued in his business name SUNSHINE INVESTMENT COMPANY, ending in 9722 to Purchase freight services valued at $3,545, in which OLUSEUN MARTINS OMOLE undertook an obligation through his business named TOBYLINK IMPRESSIONS to deliver my purchased items to me in Nigeria, a copy of said receipt and invoice is attached to this Petition as an exhibit.

7. The invoice was made by OLUSEUN MARTINS OMOLE on January 27, 2023, after he received my purchased items. The invoice confirms OMOLE received a total of 21 boxes containing solar equipment that he was to ship to me in Ikoyi, Lagos, Nigeria.

8. No evidence on the record of this case and its associated case # 23-mj-01796 exists to prove that exigent circumstances existed or a warrant was issued as required by Amendment 4 of the U.S. Constitution, before OLUSEUN MARTINS OMOLE and my purchased items were seized by Special Agent of the Federal Bureau of Investigation's Mary Boothe from a private property located at 10111 Clodine Road, Richmond, Texas 77407, nor does any evidence on the record exist to prove that a probable cause determination was made by a magistrate judge after OLUSEUN MARTINS OMOLE and my purchased property were seized.

9. Prior to the FBI's seizure, I had no reason to believe my property was involved in any unlawful activity. My reasonable expectation of privacy under procedural protections of the 4th Amendment was violated.

10. Mary Boothe, the FBI and Attorney General have exercised and shown authority under 28 U.S. Code Section 533 and 18 U.S. Code Section 3052 to seize my purchased property without a warrant, but no statutory or Judicial law has expressly authorized the seizure of my property contrarily to procedural requirements of the 4th Amendment.

11. Any reasonable public servant should know that to seize a person's property without exigent circumstances or following clearly established procedures of the 4th Amendment would be outside of their subject matter jurisdiction and violate my rights thereunder.

12. On December 14, 2024 I Discovered this court's "Consent Preliminary Order of Forfeiture as to Specific Property/ Money Judgment" (Doc.43). I looked on www.forfeiture.gov to see if the United States had published a forfeiture notice as this court ordered it to in Doc.43, p.7 for at least thirty (30) consecutive days, but none had been published as of date.

13. Despite receiving a copy of my receipts to prove my ownership interest in FBI items 1B77 to 1B93 via email I sent to Tobylinkfraudvictims@fbi.gov on June 11, 2024, the United States refused to send me notice pursuant to this court's order in in Doc.43, p.8 to contest the forfeiture in a ancillary proceeding.

14. No evidence on the record exist to prove that Omole or the United States has a property interest in FBI items 1B77 to 1B93 that is superior to mine.

15. The following documents are hereby incorporated to this Petition as supporting evidence of my claims.

**BANK OF AMERICA**

SUNSHINE INVESTMENT
~~~~~~~~~~ **3398**
November 18, 2022 - December 17, 2022
Page 3 of 6

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| | | **SUNSHINE INVESTMENT** | | |
| | | **Account Number: 3398** | | |
| | | **Payments and Other Credits** | | |
| 11/21 | 11/16 | | | |
| 11/30 | 11/28 | | | |
| 12/05 | 11/28 | | | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | **$10,000.00** |
| | | **OLAJIDE, RONALD** | | |
| | | **Account Number: 9722** | | |
| | | **Payments and Other Credits** | | |
| 11/22 | 11/22 | | | |
| 11/28 | 11/25 | | | |
| 11/28 | 11/27 | | | |
| 12/05 | 12/03 | | | |
| 12/08 | 12/08 | | | |
| 12/12 | 12/09 | | | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | **-$37,753.53** |
| | | **Purchases and Other Charges** | | |
| 11/18 | 11/18 | | | |
| 11/21 | 11/18 | | | |
| 11/21 | 11/19 | | | |
| 11/21 | 11/20 | | | |
| 11/21 | 11/21 | | | |
| 11/21 | 11/21 | | | |
| 11/22 | 11/20 | | | |
| 11/25 | 11/24 | | | |
| 11/25 | 11/24 | | | |
| 11/25 | 11/24 | | | |
| 11/28 | 11/25 | | | |
| 11/28 | 11/25 | | | |
| 11/28 | 11/26 | | | |
| 11/28 | 11/26 | | | |
| 11/29 | 11/28 | | | |
| 11/29 | 11/29 | | | |
| 11/30 | 11/29 | | | |
| 11/30 | 11/30 | | | |
| 11/30 | 11/29 | | | |
| 12/01 | 11/30 | | | |
| 12/01 | 11/30 | SP ECOFLOW TECH     DOVER     DE | 8271116233500002181347 | 7,079.80 |
| 12/01 | 11/30 | | | |
| 12/01 | 11/30 | | | |
| 12/02 | 12/01 | | | |
| 12/02 | 12/01 | | | |
| 12/02 | 12/02 | | | |
| 12/05 | 12/02 | | | |
| 12/05 | 12/03 | | | |
| 12/05 | 12/04 | | | |
| 12/05 | 12/04 | | | |
| 12/05 | 12/04 | | | |
| 12/05 | 12/04 | | | |
| 12/05 | 12/05 | | | |
| 12/06 | 12/05 | | | |
| 12/06 | 12/05 | | | |
| 12/06 | 12/06 | | | |



### Order No. #71666

November 27, 2021

**Items ordered**

| | EcoFlow Solar to XT60/XT60i Charging Cable XT60 (3.5m) | x 1 | $24.99 |
| | EcoFlow DELTA Pro to Smart Generator Adapter | x 1 | $69.00 |
| | EcoFlow 400W | x 1 | $899.00 |
| EcoFlow DELTA Pro + Double Voltage Hub - 2*EcoFlow DELTA Pro + Double Voltage Hub | EcoFlow DELTA Pro + Double Voltage Hub 2*EcoFlow DELTA Pro + Double Voltage Hub | x 1 | $6,199.00 |

| | |
|---|---|
| Discount (HOBOTECHBF8) | -$575.35 |
| Subtotal | $6,616.64 |
| Miami Dade County Tax (1.0%) | $66.16 |
| Florida State Tax (6.0%) | $397.00 |
| **Total** | **$7,079.80** |

**Payment Info**

Mastercard (----------5722)    $7,079.80

| **Shipping Address** | **Customer** |
|---|---|
| casey green | SUNSHINE INVESTMENT |
| 400 kings point drive | 3479 NE 163RD ST |
| 230 | 115 |
| sunny isles beach, FL 33160 | NORTH MIAMI BEACH, FL 33160 |
| United States | United States |
| Tel. (786) 233-9074 | Tel. (510) 629-0238 |

**BANK OF AMERICA**

SUNSHINE INVESTMENT
█████████ **3398**
November 18, 2022 - December 17, 2022
Page 4 of 6

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| 12/06 | 12/05 | | | |
| 12/07 | 12/06 | | | |
| 12/07 | 12/06 | | | |
| 12/07 | 12/06 | | | |
| 12/07 | 12/06 | | | |
| 12/08 | 12/07 | AMZN MKTP US*XY0JR4Z63  AMZN.COM/BILLWA | 55310202341083357109649 | 3,205.72 |
| 12/08 | 12/07 | | | |
| 12/08 | 12/07 | | | |
| 12/08 | 12/07 | | | |
| 12/09 | 12/08 | | | |
| 12/09 | 12/08 | | | |
| 12/09 | 12/08 | | | |
| 12/12 | 12/09 | | | |
| 12/12 | 12/09 | | | |
| 12/12 | 12/09 | SP ECOFLOW TECH      DOVER    DE | 82711162343000011199793 | 8,941.13 |
| 12/12 | 12/09 | | | |
| 12/12 | 12/09 | | | |
| 12/12 | 12/10 | | | |
| 12/12 | 12/11 | | | |
| 12/12 | 12/11 | | | |
| 12/12 | 12/12 | | | |
| 12/12 | 12/11 | | | |
| 12/13 | 12/12 | | | |
| 12/13 | 12/13 | | | |
| 12/14 | 12/14 | | | |
| 12/15 | 12/14 | | | |
| 12/16 | 12/15 | | | |
| 12/16 | 12/15 | | | |
| 12/16 | 12/15 | | | |

**TOTAL PURCHASES AND OTHER CHARGES FOR THIS PERIOD**

## Finance Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Finance Charges by Transaction Type |
|---|---|---|---|
| PURCHASES | 25.99% V | $0.00 | $0.00 |
| CASH | 27.99% V | $0.00 | $0.00 |

*V = Variable Rate (rate may vary), Promotional Balance = APR for limited time on specified transactions.*

## Reward Summary

| | | | |
|---|---|---|---|
| Beginning Balance | 758.93 | Other Bonuses | .00 |
| Earned | 464.80 | Preferred Rewards for Business Bonus | 348.66 |
| Redeemed | .00 | | |
| Adjustments | .00 | **Ending Balance** | **1,572.39** |

To redeem your Cash Rewards call 1.800.673.1044, or visit www.bankofamerica.com



**View order details**

| Order date | Nov 28, 2022 |
| Order # | 112-3434801-3780247 |
| Order total | $3,205.72 (4 items) |

**Shipment 1 of 4**

FREE Prime Delivery

**Delivered**

Delivery Estimate
Friday, December 9, 2022 by 9pm

EF ECOFLOW 400W Portable Solar Panel, Foldable & Durable,...    $749.00
Qty: 1
Sold By: ECOFLOW Direct

**Shipment 2 of 4**

FREE Prime Delivery

**Delivered**

Delivery Estimate
Friday, December 9, 2022 by 9pm

EF ECOFLOW 400W    $749.00

---

**Payment information**

**Payment Method**
MasterCard ending in 9722

**Billing Address**
515 E LAS OLAS BLVD
FORT LAUDERDALE, FL 33301-2296

**Shipping address**

casey green
400 KINGS POINT DR APT 230
SUNNY ISLES BEACH, FL 33160-5301
United States

**Order Summary**

| Items: | $2,996.00 |
| Shipping & Handling: | $0.00 |
| Total Before Tax: | $2,996.00 |
| Estimated Tax Collected: | $209.72 |
| **Order Total** | **$3,205.72** |

**Customers Who Bought Items in Your Order Also Bought**

# Order No. EFUS-74185

December 09, 2022

## Items ordered

| **EcoFlow DELTA Pro Smart Extra Battery** | EcoFlow DELTA Pro Smart Extra Battery | x 4 | $8,796.00 |
|---|---|---|---|

| | |
|---|---|
| Discount (FIJA24JE) | -$439.80 |
| Subtotal | $8,356.20 |
| Florida State Tax (6.0%) | $501.37 |
| Miami Dade County Tax (1.0%) | $83.56 |
| **Total** | **$8,941.13** |

## Payment Info

Mastercard (············9722)                $8,941.13

| **Shipping Address** | **Customer** |
|---|---|
| casey green | SUNSHINE INVESTMENT |
| 400 Kings point dr | 3479 NE 163RD ST |
| 230 | 115 |
| sunny isles beach, FL 33160 | NORTH MIAMI BEACH, FL 33160 |
| United States | United States |
| Tel. (786) 233-9074 | Tel. 5106290238 |

**BANK OF AMERICA**

SUNSHINE INVESTMENT
3398
December 18, 2022 - January 17, 2023
Page 3 of 6

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|

**SUNSHINE INVESTMENT**
**Account Number: 3398**

**Payments and Other Credits**

| | | | | |
|---|---|---|---|---|
| 12/20 | 12/17 | | | |
| 12/23 | 12/17 | | | |
| 12/29 | 12/29 | | | |
| 01/12 | 12/29 | | | |
| 01/13 | 01/13 | | | |

**TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD**

**OLAJIDE, RONALD**
**Account Number: 9722**

**Payments and Other Credits**

| | | | | |
|---|---|---|---|---|
| 12/19 | 12/17 | | | |
| 12/19 | 12/17 | | | |
| 12/26 | 12/26 | | | |
| 01/04 | 01/03 | | | |
| 01/06 | 01/05 | | | |
| 12/19 | 12/16 | | | |
| 12/19 | 12/15 | | | |
| 12/19 | 12/16 | | | |
| 12/19 | 12/17 | | | |
| 12/19 | 12/17 | | | |
| 12/19 | 12/17 | | | |
| 12/19 | 12/17 | | | |
| 12/19 | 12/18 | | | |
| 12/19 | 12/18 | | | |
| 12/20 | 12/19 | | | |
| 12/21 | 12/20 | | | |
| 12/21 | 12/20 | | | |
| 12/21 | 12/20 | SP ECOFLOW TECH     DOVER     DE | 827111623550000020378666 | 4,705.86 |
| 12/21 | 12/21 | | | |
| 12/21 | 12/21 | | | |
| 12/22 | 12/21 | | | |
| 12/22 | 12/21 | | | |
| 12/22 | 12/21 | | | |
| 12/22 | 12/21 | | | |
| 12/23 | 12/22 | | | |
| 12/23 | 12/22 | | | |
| 12/23 | 12/22 | | | |
| 12/23 | 12/23 | | | |
| 12/26 | 12/24 | | | |
| 12/26 | 12/24 | | | |
| 12/26 | 12/24 | | | |
| 12/26 | 12/24 | | | |
| 12/26 | 12/24 | | | |
| 12/26 | 12/25 | | | |
| 12/26 | 12/25 | | | |
| 12/27 | 12/26 | | | |
| 12/27 | 12/26 | | | |

## Order No. EFUS-75060

December 15, 2022

### Items ordered

| | | | |
|---|---|---|---|
| **EcoFlow DELTA Pro Smart Extra Battery** | EcoFlow DELTA Pro Smart Extra Battery | x 2 | $4,398.00 |

| | |
|---|---|
| Subtotal | $4,398.00 |
| Miami Dade County Tax (1.0%) | $43.98 |
| Florida State Tax (6.0%) | $263.88 |
| **Total** | **$4,705.86** |

### Payment Info

| | |
|---|---|
| Mastercard (············9722) | $4,705.86 |

### Shipping Address

CASEY GREEN
400 KINGS POINT DRIVE
230
SUNNY ISLES BEACH, FL 33160
United States

### Customer

SUNSHINE INVESTMENT
3479 NE 163RD ST
115
NORTH MIAMI BEACH, FL 33160
United States

DBA SUNSHINE INVESTMENT COMPANY   |   Account #          9419   |   December 1, 2022 to December 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| | Card account # XXXX XXXX XXXX 0845 | |
| 12/01/22 | CHECKCARD  1130 AMAZON.COM*XB5 SEATTLE       WA CKCD 4816 XXXXXXXXXXX0845 XXXX XXXX XXXX 0845 | -6,095.26 |
| 12/09/22 | | |
| 12/12/22 | | |
| 12/16/22 | | |
| 12/16/22 | | |
| 12/20/22 | | |
| 12/27/22 | | |
| 12/27/22 | | |
| **Subtotal for card account # XXXX XXXX XXXX 0845** | | |
| **Total withdrawals and other debits** | | |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 11/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ○ $250+ in new net purchases on a linked Business debit card has not been met
- ☑ $5,000+ combined average monthly balance in linked business accounts has been met
- ☑ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 12/16/22 | Prfd Rwds for Bus-ATM Wthdrwl Fee Waiver of $2.50 | -0.00 |
| 12/27/22 | Prfd Rwds for Bus-ATM Wthdrwl Fee Waiver of $2.50 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/01 | | 12/16 | | 12/23 | |
| 12/02 | | 12/19 | | 12/27 | |
| 12/08 | | 12/20 | | 12/28 | |
| 12/09 | | 12/21 | | 12/29 | |
| 12/12 | | 12/22 | | 12/30 | |



**Payment information**

**Payment Method**
Debit Card ending in 0845

**Billing Address**
515 E LAS OLAS BLVD
FORT LAUDERDALE, FL 33301-2296

**Shipping address**

casey green
400 KINGS POINT DR APT 230
SUNNY ISLES BEACH, FL 33160-5301
United States

**Order Summary**

| | |
|---|---|
| Items: | $6,199.00 |
| Shipping & Handling: | $0.00 |
| Promotion Applied | -$495.92 |
| Total Before Tax: | $5,703.08 |
| Estimated Tax Collected: | $392.18 |
| **Order Total** | **$6,095.26** |

**Products related to your order**
Sponsored

Portable Power Station 300W with

## APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G19000070640

**Fictitious Name to be Registered:**  SUNSHINE INVESTMENT COMPANY

**Mailing Address of Business:**   515 E LAS OLAS BLVD
120
FORT LAUDERDALE, FL  33301

**Florida County of Principal Place of Business:** MULTIPLE

**FEI Number:**

**FILED**
**Jun 24, 2019**
**Secretary of State**

**Owner(s) of Fictitious Name:**

OLAJIDE, RONALD
4200 PARK BLVD #137
OAKLAND, CA  94602

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

RONALD OLAJIDE                                              06/24/2019

Electronic Signature(s)                                       Date

**Certificate of Status Requested ( )         Certified Copy Requested ( )**



## TOBYLINK IMPRESSIONS INC
9411 COATSWORTH DRIVE
SUGAR LAND, TX 77498.USA
10111 CLODINE RD STE C, RICHMOND TX 77407
Phone: 832-341-0239
Fax: 281-201-4402
Cell: 508-344-4069
Email: olumartinsbus@aol.com
Website: www.tobylink.com

# Invoice

| | |
|---|---|
| Invoice No: | 20231025 |
| Date: | 1/27/2023 |
| Terms: | Net 00 |
| Due Date: | 1/27/2023 |
| Order No: | SOLAR PANEL |
| Territory: | TEXAS |
| Sales Person: | OLUSEUN OMOLE |

**Bill To:**

CASEY GREEN
400 KINGS POINT DR
SUNNY ISLES BEACH, FL 33160
TEL: 786-233-9074

**Ship To:**

OLALEKAN OLAJIDE
IKOYI- LAGOS. NIGERIA
TEL: +234 903 147 9636

| Ship Date | Ship Via | Tracking No | FOB |
|---|---|---|---|
| 1/27/2023 | SEA FREIGHT | DELIVERY : 8-9 WEEKS | IKOYI - LAGOS |

| Code | Description | Qty/Hours | Rate | Amount |
|---|---|---|---|---|
| | COST OF PICKUP FROM SUNNY ISLES BLEACH FLORIDA TO TOBYLINK 10111 CLODINE ROAD 2 PALLETS  BOL #189095540 | 1.00 | $795.00 | $795.00* |
| | COST OF SEA FREIGHT, CUSTOM DUTY AND CLEARING  FROM  HOUSTON TEXAS TO LAGOS, NIGERIA - 10 BOXES 32 X 15 X 23 ECOFLOW SMART ETRA BATTERY | 10.00 | $180.00 | $1,800.00* |
| | COST OF SEA FREIGHT, CUSTOM DUTY AND CLEARING  FROM  HOUSTON TEXAS TO LAGOS, NIGERIA - 5 BOXES 46 X 29 X 4 SOLAR PANELS 400W | 5.00 | $150.00 | $750.00* |
| | COST OF SEA FREIGHT, CUSTOM DUTY AND CLEARING  FROM  HOUSTON TEXAS TO LAGOS, NIGERIA - 1 SMALL BOXES | 1.00 | $150.00 | $150.00* |
| | COST OF SEA FREIGHT, CUSTOM DUTY AND CLEARING  FROM  HOUSTON TEXAS TO LAGOS, NIGERIA - 5 BOXES 46 X 29 X 4 SOLAR PANELS 400W | 1.00 | $50.00 | $50.00* |

\* Indicates non-taxable item

Thank you for your business and we hope you have a great day!

| | |
|---|---|
| Subtotal | $3,545.00 |
| Discount | 0.00% |
| Tax (8.25%) | $0.00 |
| Shipping | $0.00 |
| Total | $3,545.00 |
| Deposit | $0.00 |
| **Balance Due** | **$3,545.00** |

Page 1 of 1

---

REMITTANCE ADVICE FOR Invoice # 20231025 on 1/27/2023

Received From: CASEY GREEN

Balance Due:   $3,545.00

Amount Paid:   $

Please detach and send with remittance to:
TOBYLINK IMPRESSIONS INC
9411 COATSWORTH DRIVE
SUGAR LAND, TX 77498.USA
10111 CLODINE RD STE C, RICHMOND TX 77









CLAIMS FOR RELIEF

**16.**                                            PRAYER

**17.**   WHEREFORE, Petitioner respectfully requests that this Court:

**18.**  Set a virtual or telephonic hearing to adjudicate the superior property interest in FBI items 1B77 to 1B93.

**19.**  Recognize Petitioner as a bona fide purchaser for value with a vested ownership interest in FBI items 1B77 to 1B93.

**20.**  Order the immediate delivery of Petitioner's property as was originally paid for.

**21.**  Grant such further relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 12/27/2024

Petitioner's Signature

Ronald Olajide
4200 Park Blvd Apt. 137
Oakland, CA 94602
510-629-0238
Attorney for Plaintiff: Self-Represented