UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                              :

UNITED STATES OF AMERICA               :

                                                                              :       ~~PROPOSED~~ **ORDER**

       - v. -

                                                                              :       23 Cr. 367 (JMF)

OLUSEUN MARTINS OMOLE,

                                                                              :

         Defendant.

                                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about September 11, 2024, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Order of Forfeiture") (D.E. 43) forfeiting, *inter alia*, all right, title, and interest of defendant, OLUSEUN MARTINS OMOLE (the "Defendant") in the following:

        a.      Ten (10) Eco Flow Batteries (FBI Items 1B77 to 1B86);

        b.      One (1) Eco Flow Smart Generator (FBI Item 1B87);

        c.      Five (5) Eco Flow Solar Panels (FBI Items 1B88 to 1B92); and

        d.      One (1) Eco Flow Generator (FBI Item 1B93);

(a. through d., collectively, the "Specific Property");

        WHEREAS, the Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Order of Forfeiture, notice of the United States intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on January 8, 2025, for thirty (30) consecutive days, through February 6, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on March 14, 2025 (D.E. 51);

WHEREAS, on or about December 27, 2024, Ronald Olajide (the "Petitioner") filed a petition asserting an interest in the Specific Property (the "Petition") (D.E. 48);

WHEREAS, Defendant and the Petitioner are the only individuals and/or entities known by the Government to have an interest in the Specific Property;

WHEREAS, no petitions or claims to contest the forfeiture of the Specific Property have been filed, other than the Petition, and the time frame to do so has expired;

WHEREAS, the Government recognizes the Petitioner as a bona fide purchaser for value pursuant to Title 18, United States Code, Section 853(n)(6)(B); and

WHEREAS, on or about April 14, 2025, the Petitioner filed a motion to compel the Government to return the Specific Property by sending it to Petitioner at the Government's expense (the "Motion") (*see* D.E. 57);

IT IS HEREBY ORDERED THAT:

1. Petitioner is a bona fide purchaser for value pursuant to Title 21, United States Code, Section 853(n)(6)(A), and the Petition is dismissed as moot.

2. The Government shall not seek to further forfeit the Specific Property or otherwise include the Specific Property in a Final Order of Forfeiture.

3. The Government shall make the Specific Property available for Petitioner

or Petitioner's designee to retrieve at any field office of the Federal Bureau of Investigation ("FBI") in the continental United States.

4. The Motion is denied for the reasons set forth in this Court's May 12, 2025, memo endorsement (D.E. 62).

5. Each party shall bear its own costs and attorney's fees.

6. This Court shall have exclusive jurisdiction over the interpretation and enforcement of this Order.

7. The Clerk of Court is directed to mail a copy of this endorsed letter to Ronald Olajide, 4200 Park Blvd, Apt. 137, Oakland, CA 94602.

SO ORDERED:

_____          May, 15, 2025
HONORABLE JESSE M. FURMAN               DATE
UNITED STATES DISTRICT JUDGE