UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FINAL ORDER OF FORFEITURE** |
| -v.- | : | |
| | : | 23 Cr. 367 (JMF) |
| OLUSEUN MARTINS OMOLE, | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about September 26, 2024, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 43), which ordered the forfeiture to the United States of all right, title and interest of OLUSEUN MARTINS OMOLE (the "Defendant") in the following property:

a. One (1) Large TV/ Flat (FBI Item 1B94);

b. One (1) Starlink Satellite Receiver (FBI Item 1B76);

c. Red rope containing iPhone 14 Pro Max (FBI Item 1B75);

d. Red rope containing iPhone 13; iPhone 14 plus; and iPhone screen protectors (FBI Item 1B74);

e. Red rope containing three (3) iPhone 14 Pro Max (FBI Item 1B73);

f. Red rope containing four (4) iPhone 14 Pro Max (FBI Item 1B72);

g. One (1) box containing four (4) iPhone 13 (FBI Item 1B71);

h. One (1) heat sealed bag containing four (4) watches (FBI Item 1B70);

i. One (1) Predator generator (FBI Item 1B69);

j. One (1) USPS mailing box containing Nintendo 3DS with accessories (FBI Item 1B68);

k. One (1) USPS medium-sized flat rate box containing Samsung phone in bag (FBI Item 1B67);

    l.       One (1) box containing iPhone (FBI Item 1B64);

    m.      One (1) large-sized FedEx box containing Apple Mac Book 17" (FBI Item 1B63);

    n.      One (1) box containing iPhone and perfume (FBI Item 1B62);

    o.      Red rope containing iPhone 14 (FBI Item 1B61);

    p.      Red rope containing phone model X27 Plus (FBI Item 1B60);

    q.      One (1) box of Apple accessories (FBI Item 1B59);

    r.      One (1) heat-sealed bag containing $5,000 in United States currency (FBI Item 1B58);

    s.      One (1) brown box containing Brahmin purse (FBI Item 1B57);

    t.      One (1) small box containing Michael Kors backpack (FBI Item 1B55);

    u.      Red rope containing Samsung phone (FBI Item 1B54);

    v.      Red rope containing iPhone 13 (FBI Item 1B53);

    w.     Red rope containing Samsung chrome laptop (FBI Item 1B52);

    x.      One (1) cellophane containing handwritten note with costume jewelry (FBI Item 1B51);

    y.      One (1) brown box containing Apple MacBook Air (FBI Item 1B50);

    z.      Cellophane containing Galaxy A 13 5G phone (FBI Item 1B48);

    aa.     Cellophane containing Samsung phone with personal letter (FBI Item 1B47);

    bb.     PS3 with accessories (FBI Item 1B45);

    cc.     Red rope containing Nintendo Switch (FBI Item 1B44);

    dd.     One (1) box containing Thinkpad (FBI Item 1B43);

ee. Red rope containing Paintball gun (FBI Item 1B42);

ff. One (1) large-sized FedEx box containing computer in box (FBI Item 1B41);

gg. Red rope containing Samsung Tab A 7 (FBI Item 1B40);

hh. One (1) brown box with MaxyGene thermal cycler with shipping labels and invoice (FBI Item 1B37);

ii. One (1) Toshiba box containing box with monitor and computer parts (FBI Item 1B36);

jj. One (1) brown box containing box with DJ mixer with shipping label (FBI Item 1B35);

kk. One (1) gray box containing HP laptop (FBI Item 1B34);

ll. Red rope containing iPhones (FBI Item 1B33);

mm. Red rope containing MacBook Pro with serial number Y7R9PJ74H6 (FBI Item 1B32);

nn. One (1) small white box containing two (2) iPad Pro (FBI Item 1B31);

oo. One (1) brown box containing Dell laptops (FBI Item 1B30);

pp. Red rope containing Apple iPhone with accessories (FBI Item 1B29);

qq. One (1) brown box containing two (2) Apple iPhones; one (1) iPad and one (1) Apple watch (FBI Item 1B28);

rr. One (1) small box containing two (2) Apple MacBooks (FBI Item 1B27);

ss. One big brown box containing four (4) Apple iPhone 14 Pro; and two (2) Apple MacBooks (FBI Item 1B26); and

tt. Three (3) satellite routers (FBI Item 1B23 to 1B25);

uu. One (1) box containing phones and cords (FBI Item 1B22);

vv. One (1) white box containing two (2) iPhones (FBI Item 1B21);

ww.   One (1) small brown box containing Apple watch with serial number D499N6HZ97 (FBI Item 1B20);

xx.   FedEx box containing three (3) E88 Max Drones YKl 090 (FBI Item 1B19);

yy.   Box of electronic chargers (FBI Item 1B18);

zz.   One (1) brown box containing iPad Pro with serial number YL6LGL6046;and iPad Pro with serial number GK4D9FVNJ6 (FBI Item 1B17);

aaa.   One (1) LG 43" TV (FBI Item 1B16);

bbb.   One (1) xenon light (FBI Item 1B15);

ccc.   One (1) white box containing electronic cameras (FBI Item 1B14); and

ddd.   Canon lens (FBI Item 1B10)

(a. through ddd., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on January 8, 2025, for thirty (30) consecutive days, through February 6, 2025 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 21, 2025 (D.E. 65);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       May 21       , 2025

The Clerk of Court is directed to terminate Doc. #66.
SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE