

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 16, 2025

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Oluseun Martins Omole*, 23 Cr. 367 (JMF)

Dear Judge Furman:

      Pursuant to this Court's July 14, 2025, memo endorsement (*see* Dkt. 70), the Government respectfully submits this response to third-party petitioner Ronald Olajide's petition to enforce this Court's Order, dated May 15, 2025 (*see* Dkt. 64 (the "May 15 Order")). In relevant part, the Court directed the Government to make certain property belonging to Mr. Olajide (the "Specific Property") available for him or his designee to retrieve "at any field office of the Federal Bureau of Investigation (FBI) in the continental United States"—language that the Government proposed on May 14, 2025. (*See* Dkt. 63-1). For the following reasons, the Government respectfully requests that the Court modify the May 15 Order to allow the Government to make the Specific Property available for Mr. Olajide or his designee to retrieve at the Home Depot location referenced in Mr. Olajide's petition (the "Home Depot Location"), at a date and time to be agreed upon by the Government and Mr. Olajide (or his designee).

      By way of background, on July 2, 2025, this Court directed the Government to comply with the terms of the May 15 Order, while noting that the Government "may move to modify it if there is a basis to do so." (Dkt. 64). Following the Court's July 2, 2025 Order, the Government has attempted to confer with Mr. Olajide in good faith to submit a proposed modification to the Court on consent, but the parties have been unable to reach agreement.[1] In brief, the Government explained that the FBI New York field office, located at 26 Federal Plaza, was "closed to vehicular traffic because of the recent protests in June,[2] which was not contemplated at the time the

---

[1] In support of his petition, Mr. Olajide has excerpted certain emails he exchanged with the Government. Attached hereto as Exhibit A is the entirety of the relevant email chain.

[2] The Government recognizes that it should have been more precise in this description. The Duane Street parking garage is closed to general vehicular traffic, and has been even prior to the recent protests in the vicinity of 26 Federal Plaza in June 2025. However, what has changed since the May 15 Order is the barriers set up by the New York Police Department that encircle 26 Federal

Government prepared the proposed order" that the Court subsequently adopted on May 15, 2025. (Ex. A, at 5). The Government offered to return the Specific Property at the Home Depot Location, which the FBI has used to transfer large items of property, and to have FBI Special Agents present for the property return to allay any safety concerns that Mr. Olajide may have. (Ex. A, at 6). Although Mr. Olajide subsequently proposed that the Government deliver the Specific Property to Mr. Olajide's freight forwarding company,[3] the Government explained that Mr. Olajide's option was not operationally feasible and suggested that Mr. Olajide's designee retrieve the Specific Property at the Home Depot Location. (Ex. A, at 3). Mr. Olajide agreed to the Government's proposal that it make the Specific Property available to Mr. Olajide's designee—*i.e.*, a representative of the freight forwarding company—at the Home Depot Location. (Ex. A, at 3). Despite initially agreeing to the Government's proposal, however, Mr. Olajide changed his mind less than two hours later, accusing the Government of "misrepresenting the situation at 26 Federal Plaza" based on "[his] sources," claiming that the 26 Federal Plaza garage was "still accessible to vehicles" based on purported confirmation received by unnamed "FBI staff" through unspecified means, and insinuating that the Government's proposal was a ruse. (Ex. A, at 1-2).

The Government has not been able to independently verify the purported confirmation provided to Mr. Olajide by the FBI that any public vehicle may access the 26 Federal Plaza garage. But the fact remains that (i) the 26 Federal Plaza garage is not publicly accessible to vehicular traffic without appropriate authorization; and (ii) the barriers that remain around 26 Federal Plaza continue to make the transfer of large items infeasible and more difficult. The Government has repeatedly affirmed its desire—including through emails sent from official U.S. government email domains—to return the Specific Property to Mr. Olajide in a secure manner. While Mr. Olajide speculates that the Government attempted to "schedule the property drop off without complying with this court's order or seeking to modify it on a reasonable basis" (*see* Dkt. 70, ¶ 4), Exhibit A shows that the FBI reached out to make arrangements because Mr. Olajide confirmed that "the freight forwarding company will receive the property on [his] behalf" (*see* Ex. A, at 2-3).[4]

---

Plaza in response to the June 2025 protest activity, which makes the transfer of large items infeasible and more difficult.

[3] Although Mr. Olajide asserted that this approach would eliminate his safety concerns while reducing Government expenses (*see* Ex. A, at 4), there is no reason why the freight forwarding company would be any safer or cheaper than the Home Depot Location, given (i) the FBI has used the Home Depot Location, which contains a large parking lot open to the public, to transfer large items of property, whereas Mr. Olajide's freight forwarding company appears to be fenced off according to Google Street View; (ii) the Government has offered to have federal law enforcement officers present to mitigate any safety concerns that Mr. Olajide has; and (iii) the Government would likely need to engage resources to vet the freight forwarding company location and the safety of FBI personnel.

[4] Mr. Olajide subsequently withdrew his agreement to the Government's proposal less than two hours later, before the Government had an opportunity to seek this Court's approval to modify the May 15 Order. (*See, e.g.*, Ex. A, at 2-3 (1:06 pm email from Mr. Olajide, followed by 2:56 pm email from Mr. Olajide)).

    For the foregoing reasons, the Government respectfully requests that the Court modify the May 15 Order to permit the Government to make the Specific Property available for Mr. Olajide or his designee to retrieve at the Home Depot Location, at a date and time to be agreed upon by the parties.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
(212) 637-2584

Cc: Ronald Olajide, Third-Party Petitioner (by email)

Application GRANTED. The undersigned can confirm from first-hand experience that Duane Street is inaccessible - even to pedestrians - at this time. Accordingly, the Government may make the Specific Property available for Mr. Olajide or his designee to retrieve at the Home Depot Location at a date and time to be agreed upon by the parties. If the parties are unable to agree upon a date and time, the Court will set them. The Clerk of Court is directed to terminate ECF No. 71 and to mail a copy of this endorsed letter to Ronald Olajide, 4200 Park Blvd, Apt. 137, Oakland, CA 94602.

SO ORDERED.

July 17, 2025

**Fang, Jerry (USANYS)**

| | |
|---|---|
| **From:** | r.olajide@yahoo.com |
| **Sent:** | Monday, July 7, 2025 5:08 PM |
| **To:** | Fang, Jerry (USANYS) |
| **Cc:** | FBINY_CyberTaskForce@fbi.gov |
| **Subject:** | Re: [EXTERNAL EMAIL] - Re: [EXTERNAL] Re: Activity in Case 1:23-cr-00367-JMF USA v. Martins Omole Endorsed Letter |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Sorry for being skeptical about your offer, but I've experienced many law enforcement officers telling me things that just weren't true. I've witnessed innocent people suddenly hauled away by law enforcement officers, so I must protect my liberty and property interests from any rouse this may be.

> On 7 Jul 2025, at 21:50, ----- ----- <r.olajide@yahoo.com> wrote:
>
> Sir you told me 26 Federal plaza was closed to vehicular traffic due to protests, that was false because Duane street is only closed between Hudson and West Broadway under NYC's "Open Streets Program". These road closures don't affect access to the garage for 26 Federal Plaza which is located about three blocks from that road closure you referenced. The FBI staff just confirmed with me that the garage is still accessible to vehicles sir.
>
> <i-heart-opens-streets.jpg>
> **NYC DOT - Open Streets**
> nyc.gov
>
> The email sent by an anonymous person using FBINY_CyberTaskForce@fbi.gov is a misrepresentation of the fact that Duane street closure doesn't stop vehicular traffic to 26 Federal Plaza. Why didn't you send me that message from your email Mr. Fang?
>
> I'll be waiting for your response to the Judge sir.
>
>> On 7 Jul 2025, at 20:57, FBINY_CyberTaskForce@fbi.gov wrote:
>>
>> The garage for 26 Federal Plaza is located on Duane Street, which is closed to vehicular traffic. There is no misrepresentation being made.

1

**From:** r.olajide@yahoo.com <r.olajide@yahoo.com>
**Sent:** Monday, July 7, 2025 2:56:25 PM
**To:** FBINY_CyberTaskForce <FBINY_CyberTaskForce@fbi.gov>
**Cc:** Fang, Jerry (USANYS) <Jerry.Fang@usdoj.gov>
**Subject:** Re: [EXTERNAL EMAIL] - Re: [EXTERNAL] Re: Activity in Case 1:23-cr-00367-JMF USA v. Martins Omole Endorsed Letter

My sources have confirmed that this statement " the FBI field office in New York (i.e., 26 Federal Plaza) is closed to vehicular traffic because of the recent protests in June" is false sir. Please explain to the court why you are misrepresenting the situation at 26 Federal Plaza.

> On 7 Jul 2025, at 19:30, ----- ----- <r.olajide@yahoo.com> wrote:
>
> I need the court to approve your excuse not to follow its order sir.
>
>> On 7 Jul 2025, at 18:42, FBINY_CyberTaskForce@fbi.gov wrote:
>>
>> Mr. Olajide,
>>
>> Is there a point of contact person from Best For Shipping Inc., to work with for the transfer of evidence?
>> We would like to know when they able to pick up the items from the Home Depot. That is, having proper personnel, vehicles, securing method, etc. to receive and transport the items. We were expecting to transfer the evidence tomorrow but given the recent change of Best For Shipping Inc. receiving on your behalf, it seems necessary to make reschedule and make new arrangements through a representative of Best For Shipping Inc.
>>
>> AUSA Fang,
>> Thank you for your assistance in this matter.
>>
>> Thank you.
>>
>> **From:** r.olajide@yahoo.com <r.olajide@yahoo.com>
>> **Sent:** Monday, July 7, 2025 1:06 PM
>> **To:** Fang, Jerry (USANYS) <Jerry.Fang@usdoj.gov>
>> **Cc:** FBINY_CyberTaskForce <FBINY_CyberTaskForce@fbi.gov>

2

**Subject:** [EXTERNAL EMAIL] - Re: [EXTERNAL] Re: Activity in Case 1:23-cr-00367-JMF USA v. Martins Omole Endorsed Letter

Okay sir the freight forwarding company will receive the property on my behalf sir.

> On 7 Jul 2025, at 16:59, Fang, Jerry (USANYS) <Jerry.Fang@usdoj.gov> wrote:
>
> Mr. Olajide –
>
> Thanks for your email. The FBI will not be able to deliver the items to the freight forwarding company – there are various operational concerns that make that proposal not feasible. As I understand, the FBI has used the Home Depot to transfer property, and if you have already executed a limited power of attorney for the freight forwarding company, I would propose that a representative of the freight forwarding company simply receive the subject property on your behalf at the Home Depot.
>
> As discussed below, to the extent you have safety concerns regarding the Home Depot location that the FBI uses, we are more than willing to mitigate those concerns, including by having FBI agents or police present to make sure your property is returned without issue.
>
> Thanks very much, and please let me know your position.
>
> Best,

3

**Jerry J. Fang**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
212-637-2584 (office)
646-823-3688 (mobile)
Jerry.Fang@usdoj.gov

---

**From:** r.olajide@yahoo.com <r.olajide@yahoo.com>
**Sent:** Sunday, July 6, 2025 5:40 PM
**To:** Fang, Jerry (USANYS) <Jerry.Fang@usdoj.gov>
**Cc:** FBINY_CyberTaskForce@fbi.gov
**Subject:** [EXTERNAL] Re: Activity in Case 1:23-cr-00367-JMF USA v. Martins Omole Endorsed Letter

Thanks for the notification Mr. Fang.

Is it possible for the FBI to just deliver the items to the freight forwarding company? They are located at 172-30 Baisley Blvd, Jamaica, NY 11434, United States to be exact sir. I've designated them as my attorney in fact for the limited purpose of receiving the items on my behalf sir. Attached is a copy of the power of attorney I've completed for this matter. I'd greatly appreciate if you could request that the court order be modified to this effect sir.

I believe this would eliminate my safety concerns while reducing government expenses for hiring extra personnel to meet at Home Depot sir. Can we agree to this?

> On 5 Jul 2025, at 20:58, Fang, Jerry (USANYS)

4

<Jerry.Fang@usdoj.gov> wrote:

Mr. Olajide –

Please see below for the Court's memo-endorsed order regarding your most recent application. As you have noted, the Court had directed the Government to make your property available for pickup at any FBI field office. However, as you may be aware, the FBI field office in New York (i.e., 26 Federal Plaza) is closed to vehicular traffic because of the recent protests in June, which was not contemplated at the time the Government prepared the proposed order in May that allowed for pickup of the property from an FBI field office.

Please note that the Government has every intent to return your property expeditiously – however, due to recent circumstances out of our control, we unfortunately cannot return the

5

property to you from 26 Federal Plaza.  Accordingly, we plan to seek a modification to the Court's order to allow the FBI to return your property to you at the Home Depot location that was previously offered to you, which the FBI has previously used to transfer large items of property such as your property.  If you so desire, we can arrange to have FBI Special Agents (i.e., federal law enforcement officers) present.  Please let us know your position on (i) whether you will agree to this modification; and (ii) if not, what your proposal is.

Finally, please let me know if you have legal counsel representing you in connection with this matter.  If so, you may have any attorney get in touch with me directly.  Thank you for your attention to this matter.

Best,

**Jerry J. Fang**

Assistant United States Attorney
United States Attorney's Office
Southern District of New York
212-637-2584 (office)
646-823-3688 (mobile)
Jerry.Fang@usdoj.gov

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, July 2, 2025 11:52 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:23-cr-00367-JMF USA v. Martins Omole Endorsed Letter

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required**

7

by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 7/2/2025 at 11:51 AM EDT and filed on 7/2/2025

| | |
|---|---|
| **Case Name:** | USA v. Martins Omole |
| **Case Number:** | 1:23-cr-00367-JMF |
| **Filer:** | |
| **Document Number:** | 69 |

**Docket Text:**
**ENDORSED LETTER as to Oluseun Martins Omole addressed to Judge Jesse M. Furman, from Ronald Olajide dated 7/2/2025 re: Ronald Olajide writes as THIRD PARTY PETITION TO ENFORCE COURT ORDER**

8

REQUIRING GOVERNMENT TO MAKE SPECIFIC PROPERTY AVAILABLE FOR RETRIEVAL AT FBI FIELD OFFICE. ENDORSEMENT: The Court's prior Order (which was proposed by the Government) provides unambiguously that the Government "shall make the Specific Property available for Petitioner or Petitioners designee to retrieve at any field office of the Federal Bureau of Investigation (FBI) in the continental United States." The Government shall comply with that Order (or may move to modify it if there is a basis to do so). The Clerk of Court is directed to mail a copy of this endorsed submission to Ronald Olajide, 4200 Park Blvd, Apt. 137, Oakland, CA 94602. (Signed by Judge Jesse M. Furman on 7/2/2025) (Copy mailed on 7/2/2025 to RonaldOlajide, 4200 Park Blvd, Apt. 137, Oakland, CA 94602) (ap)

9

**1:23-cr-00367-JMF-1 Notice has been electronically mailed to:**

Todd A. Spodek   ts@spodeklawgroup.com, hc@spodeklawgroup.com

Jerry Jia-Wei Fang   jerry.fang@usdoj.gov, CaseView.ECF@usdoj.gov, usanys.ecf@usdoj.gov

Leroy H Simms   simms.associateslaw@gmail.com

**1:23-cr-00367-JMF-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/2/2025] [FileNumber=3
] [5cb9093d58203f78bcfb4f17122752a117c146ef770177a352e5df910
b156a2f3b213f20082c924d3deec2eae9ae74b36c91d3ee4153727c1b