

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 13, 2025

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Oluseun Martins Omole*, 23 Cr. 367 (JMF)

Dear Judge Furman:

  The Government respectfully writes pursuant to this Court's memo-endorsed order, dated September 9, 2025 (the "Order"), to request that it be permitted to file a further status letter by September 22, 2025, updating the Court on the Government's position in light of third-party petitioner Ronald Olajide's filing dated September 8, 2025.

  On September 12, 2025, the undersigned confirmed with the Clerk's Office of the U.S. Court of Federal Claims that Mr. Olajide filed a complaint on September 8, 2025. However, Mr. Olajide's complaint remains under review by the Court of Federal Claims pursuant to an order requiring him to obtain leave of court to make any further filings, in light of Mr. Olajide's history of filing multiple lawsuits in that court that have been dismissed on jurisdictional grounds.[1] *See* Dkt. 14, *Olajide v. United States*, No. 17 Civ. 1363 (LKG) (Fed. Cl. Mar. 6, 2018) (collecting cases). Should the Court of Federal Claims allow Mr. Olajide's lawsuit to proceed, the Government defers to the Court's inclination to take no further action pending the adjudication of Mr. Olajide's claims by the Court of Federal Claims. However, should the Court of Federal Claims dismiss Mr. Olajide's complaint or otherwise not accept Mr. Olajide's filing, the Government intends to renew its request for this Court to set a date certain for the Government to make Mr. Olajide's property available for him or his designee to retrieve at the Home Depot Location. Based on discussions with the Clerk's Office for the Court of Federal Claims, the Government expects such a determination to be made in the next week. Accordingly, the Government respectfully requests that it be permitted to file a further status report by September 22, 2025.

  Finally, the Government wishes to advise the Court that on September 11, 2025, an

---

[1] While this anti-filing order applies on its face to Oladapo ad Olajide, another lawsuit filed by Mr. Olajide in the U.S. District Court for the Northern District of California identifies himself as "Oladapo Olajide a/k/a Ronald Olajide," with the same address that Mr. Olajide has listed on various filings in this case. *See Olajide v. Judicial Council of California*, No. 22 Misc. 80082 (HSG) (N.D. Cal.).

individual purporting to be Mr. Olajide advised the Government of his new email address. Out of an abundance of caution, the Government confirms that it has also provided a copy of the Order to Mr. Olajide at this new email address. Attached as Exhibit A is the Government's email to Mr. Olajide, which attached the Order.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By: _____
        Jerry J. Fang
        Assistant United States Attorney
        (212) 637-2584

Application GRANTED. The Government is GRANTED until September 29, 2025, to update the Court on the status of the Court of Federal Claims case and its position in this case. The Government shall serve a copy of this endorsed letter on Mr. Olajide by email (at all known email addresses) and, no later than September 16, 2025, file proof of such service on the docket. The Clerk of Court is directed to terminate ECF No. 78.

SO ORDERED.

September 15, 2025