

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 13, 2025

<span style="color:blue">Application GRANTED. The Clerk of Court is directed to terminate Doc. #83.

SO ORDERED.

October 15, 2025</span>

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Oluseun Martins Omole*, 23 Cr. 367 (JMF)

Dear Judge Furman:

The Government respectfully writes pursuant to this Court's memo-endorsed order, dated September 30, 2025 (the "Order," *see* Dkt. 82), to provide an update on the status of third-party petitioner Ronald Olajide's complaint in the U.S. Court of Federal Claims. On October 10, 2025, the undersigned Assistant U.S. Attorney confirmed with the Director of Operations of the U.S. Court of Federal Claims that Mr. Olajide's complaint remains under review by the Court of Federal Claims. The Government understands that the Court of Federal Claims does not presently have an estimate as to when the review of Mr. Olajide's complaint will be completed.

Accordingly, the Government respectfully requests that it be permitted to file a further status report by October 27, 2025 to advise this Court of the status of Mr. Olajide's complaint in the Court of Federal Claims.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
(212) 637-2584